# TAI FUNG TRADING (U.S.A.) CO. INC.
## Open Invoices
### As of December 30, 2014

| Type | Date | Num | P. O. # | Memo | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ENOCOO Corporation** | | | | | | | | | |
| Payment | 10/25/2011 | J1E-0724,0... | | J1E-0724, 0715, 0721 | | | | | -40.00 |
| Payment | 10/3/2012 | J2E-0328-... | | J2E-0328-1, 0403, 0... | | | | | -270.00 |
| Invoice | 8/24/2012 | J2E-0802 | PO 012312-JA | #326 TG2-202E | 75 | 8/24/2012 | Jacks... | 858 | 305,500.00 |
| Invoice | 12/12/2012 | J2E-1118->2 | PO 052511-JA | #448 HY12-234E | 75 | 12/12/2012 | Jacks... | 748 | 39,363.00 |
| Invoice | 12/21/2012 | J2E-1219 | PO 110712-JA | #482 SF12-099E | 75 | 12/21/2012 | Jacks... | 739 | 42,100.00 |
| Invoice | 1/13/2013 | J2E-1213->2 | PO 100912-JA | #479 S2-178E | 75 | 1/13/2013 | Jacks... | 716 | 143,470.00 |
| Invoice | 1/13/2013 | J2E-1221->3 | PO 052511-JA | #491 HY12-250E | 75 | 1/13/2013 | Jacks... | 716 | 126,585.00 |
| Invoice | 1/31/2013 | J3E-0102 | PO 101612-JA | S2-181E #3 | 75 | 1/31/2013 | Jacks... | 698 | 46,780.00 |
| Invoice | 2/26/2013 | J3E-0125->2 | PO 030912-JA | HY13-007E #22 | 75 | 2/26/2013 | Jacks... | 672 | 62,225.00 |
| Invoice | 3/8/2013 | J3E-0207 | PO 101812-JA | SF13-018E #38 | 75 | 3/8/2013 | Jacks... | 662 | 35,300.00 |
| Invoice | 3/13/2013 | J3E-0211->3 | PO 030912-JA | SF13-019E #43 | 75 | 3/13/2013 | Jacks... | 657 | 119,400.00 |
| Invoice | 4/22/2013 | J3E-0321 | PO 030912-JA | SF13-025E #69 | 75 | 4/22/2013 | Jacks... | 617 | 101,800.00 |
| Invoice | 4/23/2013 | J3E-0323 | PO 101612-JA | S3-303E #73 | 75 | 4/23/2013 | Jacks... | 616 | 53,430.00 |
| Invoice | 5/12/2013 | J3E-0412 | PO 030912-JA | SF13-032E #89 | 75 | 5/12/2013 | Jacks... | 597 | 100,200.00 |
| Invoice | 6/23/2013 | J3E-0527 | PO 101212-JA | HY13-049E #138 | 75 | 6/23/2013 | Jacks... | 555 | 57,950.00 |
| Invoice | 7/7/2013 | J3E-0606->2 | PO 030912-JA | HY13-047E #155 | 75 | 7/7/2013 | Jacks... | 541 | 77,700.00 |
| Invoice | 7/7/2013 | J3E-0607 | PO 030912-JA | SF13-051E #157 | 75 | 7/7/2013 | Jacks... | 541 | 113,140.00 |
| Invoice | 8/2/2013 | J3E-0630 | PO 030912-JA | SF13-061E #197 | 75 | 8/2/2013 | Jacks... | 515 | 95,500.00 |
| Invoice | 8/16/2013 | J3E-0713 | PO 030912-JA | HY13-064E #207 | 75 | 8/16/2013 | Jacks... | 501 | 89,100.00 |
| Invoice | 8/20/2013 | J3E-0726 | PO 030912-JA | SF13-067E #229 | 75 | 8/20/2013 | Jacks... | 497 | 89,200.00 |
| Invoice | 12/4/2013 | J3E-1104 | PO 110413-1 | YB-001E #376 | 75 | 12/4/2013 | Jacks... | 391 | 109,500.00 |
| **Total ENOCOO Corporation** | | | | | | | | | **1,807,933.00** |

# TAI FUNG TRADING (U.S.A.) CO. INC.
## Open Invoices
### As of December 30, 2014

| Type | Date | Num | P O # | Memo | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Array Holding Inc** | | | | | | | | | |
| Invoice | 12/20/2013 | J3H-1126 | PO 0037549 | SF13-135H #407 | | 12/20/2013 | Jacks | 375 | 162,920.00 |
| Invoice | 12/28/2013 | J3H-1203 | PO 0037286 | S3-B03H #410 | | 12/28/2013 | Jacks | 367 | 60,500.00 |
| Invoice | 1/5/2014 | J3H-1213 | PO 0037286 | YM3-501H #438 | | 1/5/2014 | Jacks | 359 | 77,500.00 |
| Invoice | 1/15/2014 | J3H-1220 | PO 0037286 | HY13-118H #443 | | 1/15/2014 | Jacks | 349 | 40,000.00 |
| Invoice | 1/25/2014 | J3H-1230 | PO 0037286 | YM3-502H #457 | | 1/25/2014 | Jacks | 339 | 69,000.00 |
| Invoice | 2/25/2014 | J4H-0204 | PO 0037286 | YM3-503H #65 | | 2/25/2014 | Jacks | 308 | 50,000.00 |
| **Total Array Holding Inc** | | | | | | | | | **459,920.00** |